IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF THE DELAWARE

JOSEPH KNOPF :
:
v. : C.A. NO.
:
WILLIAM GONZALEZ, TRANSCO, INC. :
and McLANE COMPANY, INC. :

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, McLane Company, Inc., by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. *(See Complaint attached as Exhibit "A.")*

2. The Complaint, being the original process in this case, was served on defendant McLane Company, Inc. on or about January 31, 2008. *(See Notice of Service of Process attached as Exhibit "B")*

3. Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

4. In the Complaint, Plaintiff alleged that as a result of the accident at issue in this lawsuit, he:

> "sustained bodily harm and injuries (some or all of which may be permanent), pain and suffering, inconvenience, mental anguish and disability." *See Exhibit A ¶10.*

5. Further, plaintiff alleged that he "has incurred lost wages, and may in the future incur lost wages. *See Exhibit A ¶11.*

6. Plaintiff's counsel with the filing of the complaint has certified that the amount of plaintiff's damages exceed a $100,000. *See attached Certificate of Value attached as Exhibit "C".*

7. Based upon a fair reading of the Complaint and the Certificate of Value, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

8. Defendant, William Gonzalez at all material times, is and was a resident of the State of New Jersey. *See Exhibit A.*

9. Defendant, McLane Company, Inc. at all material times, was and is a corporation incorporated under the laws of the State of Texas with its principal place of business located in Temple, Texas. *See Exhibit A and Exhibit "D".*

10. Defendant, Transco, Inc. at all material times, was and is a corporation incorporated under the laws of the State of Nevada with its principal place of business located in Temple, Texas. *See Exhibit "E".*

7. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

8. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

(a) plaintiff is a citizen and resident of the State of Delaware; and

(b) defendants are not a citizens or residents of the State of Delaware.

9. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

10. As of the date of this removal, service on defendants, William Gonzalez and Transco, Inc. has yet to be effectuated. However, defendants, William Gonzalez and Transco, Inc. are is represented by the firm of Rawle & Henderson, LLP and consent to the Removal of the litigation to United States District Court.

WHEREFORE, defendant, McLane Company, Inc. pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to this Honorable Court.

RAWLE & HENDERSON LLP

By: ____________________
Delia A. Clark (DAC #3337)
Attorneys for Defendant, McLane Company, Inc.
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Kevin G. Healy
16 Polly Drummond Hill Road
Newark, NJ 19711

RAWLE & HENDERSON LLP

Delia A. Clark

Dated: February 11, 2008

# EXHIBIT A

EFiled: Jan 16 2008 3:04PM EST
Transaction ID 18091091
Case No. 08C-01-140 JOH

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JOSEPH KNOPF,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GONZALEZ, TRANSCO INC., and MCLANE COMPANY, INC.,<br><br>Defendants. | C.A. No.<br><br>NON-ARBITRATION CASE<br><br>JURY TRIAL OF 12 DEMANDED |

COMPLAINT

1. Plaintiff is a resident of Middletown, Delaware.

2. Defendant William Gonzalez is an individual who resides at 701 West Red Bank Avenue, Apt. A12, Woodbury, NJ 08096. Service of process may be made upon Defendant William Gonzalez, by serving the Delaware Secretary of State pursuant to 10 Del.C. §3112.

3. Defendant Transco Inc. is a Delaware corporation, doing business in the State of Delaware, whose registered agent is National Registered Agents, Inc., located at 160 Greentree Drive, Suite 101, Dover, DE 19904.

4. Defendant McLane Company, Inc. is a foreign corporation, doing business in the State of Delaware, whose registered agent is Corporation Service Company located at 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

BACKGROUND FACTS

5. On or about October 21, 2007, plaintiff Joseph Knopf was operating a vehicle on westbound Middletown-Odessa Road, in Middletown, Delaware, approaching the on-ramp to northbound Route 1.

6. At the same time, defendant William Gonzalez was operating a vehicle, owned by defendant Transco Inc. and defendant McLane Company, Inc., in the left turn lane on eastbound Middletown-Odessa Road, in Middletown, Delaware, and was preparing to turn left onto the on-ramp to northbound Route 1.

7. As plaintiff proceeded through the intersection, defendant proceeded to make a left turn onto the on-ramp to northbound Route 1, failing to yield the right of way to plaintiff Joseph Knopf's vehicle, causing the vehicle he operated to collide with plaintiff Joseph Knopf's vehicle.

**COUNT I**

8. Paragraphs 1 through 7 are incorporated herein by reference as though the same were fully set forth below.

9. The aforesaid collision was proximately caused by the negligent conduct of defendant William Gonzalez in that he:

(a) operated a vehicle on a public highway in a careless and imprudent manner in violation of 21 Del.C. §4176(a) and in breach of the common law duties owed to plaintiff;

(b) operated a vehicle on a public highway without due regard for road and traffic conditions then existing in violation of 21 Del.C. §4176(a) and in breach of the common law duties owed to plaintiff;

(c) operated a motor vehicle on a public highway while failing to give full time and attention to the operation of the vehicle in violation of 21 Del.C. §4176(b) and in breach of the common law duties owed to plaintiff;

(d) operated a motor vehicle on a public highway while failing to maintain a proper lookout in violation of 21 Del.C. §4176(b) and in breach of the common law duties owed to plaintiff;

(e) operated a motor vehicle on a public highway while failing to yield the right of way in violation of 21 Del.C. §4132 and in breach of the common law duties owed to plaintiff; and

(f) was otherwise careless, negligent, reckless and/or willful and wanton as the circumstances will disclose.

10. As a direct and proximate result of the aforesaid collision, plaintiff has sustained bodily harm and injuries (some or all of which may be permanent), pain and suffering, inconvenience, mental anguish and disability.

11. As a direct and proximate result of the aforesaid collision, plaintiff has incurred and may incur in the future medical and other expenses related to the treatment of his injuries.

12. As a direct and proximate result of the aforesaid collision, plaintiff has incurred lost wages, and may incur future wage loss.

13. As a direct and proximate result of the aforesaid collision, plaintiff has incurred damages to his vehicle.

**COUNT II**

14. Paragraphs 1 through 13 are incorporated herein by reference as though the same were fully set forth below.

15. At the time of the accident, defendant William Gonzalez was in the course and scope of his employment with defendant Transco Inc. and defendant McLane Company, Inc.

16. The collision described above was caused by the negligent actions of defendant William Gonzalez.

17. Defendant Transco Inc. and defendant McLane Company, Inc. are liable for any and all damages caused by the negligent and/or reckless conduct of defendant William Gonzalez pursuant to the doctrine of respondeat superior.

18. As a direct and proximate result of the aforesaid accident, plaintiff has sustained the damages more fully described above.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant for compensatory damages, interest, costs and such other and further relief as the Court deems just and proper.

**MORRIS JAMES LLP**

BY: [signature]
KEVIN G. HEALY (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Attorneys for Plaintiff

Dated: 1/15/08

# EXHIBIT B

**Beverly Elmore**

---

**From:** sop@cscinfo.com
**Sent:** Thursday, January 31, 2008 3:11 PM
**To:** Beverly Elmore
**Subject:** Notice of Service of Process

# Corporation Service Company ®

*CSC SameDay SOP and CSC PowerBrief clients, click here to receive and view your Service of Process documents now. For more information on instant access to your SOP, click Sign Me Up.*

**NOTICE OF SERVICE OF PROCESS**

Transmittal Number: 5571677
Date: 01/31/2008

Pursuant to client instructions, we are forwarding this summary and notice of Service of Process. The Service of Process document has been sent to the primary contact listed below.

---

| | |
|---|---|
| **Entity:** | McLane Company, Inc. |
| **Entity I.D. Number:** | 1869380 |
| **Entity Served:** | McLane Company, Inc. |
| **Title of Action:** | Joseph Knopf vs. William Gonzalez |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | New Castle County Superior Court, Delaware |
| **Case Number:** | 08C-01-140 JOH |
| **Jurisdiction Served:** | Delaware |
| **Date Served on CSC:** | 01/31/2008 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Plaintiff's Attorney:**
Kevin G. Healy
302-368-4200

---

**Primary Contact:**
Beverly Elmore-Krouse
McLane Companies

**Copy of transmittal only provided to:**
Mr. Bart McKay

---

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document (s) and taking appropriate action.

---

Please visit www.incspot.com for more information on CSC's Litigation and Matter Management services, including service of process (SOP) history, online acknowledgement of SOP, fully electronic scanned SOP and SOP package tracking information.

**CSC is SAS70 Type II certified for its Litigation Management System.**

2711 Centerville Road Wilmington, DE 19808
(888) 690-2882 | sop@cscinfo.com

# EXHIBIT C



EFiled: Jan 16 2008 3:04
Transaction ID 18091091
Case No. 08C-01-140 JOH

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| JOSEPH KNOPF, | ) | |
| | ) | C.A. No. |
| Plaintiff, | ) | |
| | ) | NON-ARBITRATION CASE |
| v. | ) | |
| | ) | JURY TRIAL OF 12 DEMANDED |
| WILLIAM GONZALEZ, TRANSCO INC., and MCLANE COMPANY, INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF VALUE

I, Kevin G. Healy, attorney for the Plaintiff, hereby certifies in good faith at this time in my opinion that the sum of damages of plaintiff are in excess of One Hundred Thousand Dollars ($100,000.00), exclusive of costs and interest.

MORRIS JAMES LLP

BY: ______________________
KEVIN G. HEALY, ESQUIRE (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Attorneys for Plaintiff

Dated: 1/15/08

KGH/113196-0001/1648995/1

# EXHIBIT D



Division of Corporations - Online Services Case 1:08-cv-00089-GMS Document 1-5 Filed 02/12/2008 Page 2 of 2 Page 1 of 1

Delaware
It's good
being first.

# State of Delaware

The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware [ ] GO Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **1015808** | Incorporation Date / Formation Date: | **04/21/1982** (mm/dd/yyyy) |
| Entity Name: | **MCLANE COMPANY, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **FOREIGN** | State: | **TX** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **2711 CENTERVILLE ROAD SUITE 400** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **(302)636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller 2/7/2008

# EXHIBIT E

# TRANSCO, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 8/2/1994 |
| Type: | Domestic Corporation | Corp Number: | C11934-1994 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2008 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | CSC SERVICES OF NEVADA, INC. | Address 1: | 502 EAST JOHN STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89706 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1,000.00 |
| Par Share Count: | 10,000.00 | Par Share Value: | $ 0.10 |

## Officers

☐ Include Inactive Officers

**Treasurer - KEVIN J KOCH**

| | | | |
|---|---|---|---|
| Address 1: | 4747 MCLANE PARKWAY | Address 2: | |
| City: | TEMPLE | State: | TX |
| Zip Code: | 76504 | Country: | |
| Status: | Active | Email: | |

**Secretary - LEN MEWHINNEY**

| | | | |
|---|---|---|---|
| Address 1: | 4747 MCLANE PARKWAY | Address 2: | |
| City: | TEMPLE | State: | TX |
| Zip Code: | 76504 | Country: | |
| Status: | Active | Email: | |

**President - MIKE YOUNGBLOOD**

| | | | |
|---|---|---|---|
| Address 1: | 4747 MCLANE PARKWAY | Address 2: | |
| City: | TEMPLE | State: | TX |
| Zip Code: | 76504 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C11934-1994-001 | # of Pages: | 4 |
| File Date: | 08/02/1994 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-008 | # of Pages: | 2 |
| File Date: | 08/15/1998 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | C11934-1994-003 | # of Pages: | 1 |

| | | | |
|---|---|---|---|
| File Date: | 11/12/1998 | Effective Date: | |
| LIONEL SAWYER & COLLINS SUITE 1100 | | | |
| 50 WEST LIBERTY ST RENO NV 89501 MJM | | | |
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-007 | # of Pages: | 2 |
| File Date: | 08/29/1999 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-009 | # of Pages: | 2 |
| File Date: | 09/08/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-005 | # of Pages: | 2 |
| File Date: | 08/30/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-004 | # of Pages: | 2 |
| File Date: | 08/26/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-006 | # of Pages: | 2 |
| File Date: | 08/21/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | C11934-1994-002 | # of Pages: | 2 |
| File Date: | 07/27/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050291834-54 | # of Pages: | 2 |
| File Date: | 07/18/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060401713-64 | # of Pages: | 2 |
| File Date: | 06/22/2006 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20070422206-85 | # of Pages: | 1 |
| File Date: | 06/20/2007 | Effective Date: | |
| (No notes for this action) | | | |

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
Joseph Knopf.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**
William Gonzalez, Transco, Inc. and McLane Company, Inc.
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY): Gloucester
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Kevin G. Healy
16 Polly Drummond Hill Road
Newark, NJ 19711
302-368-4200

ATTORNEYS (IF KNOWN) Delia Clark, Esq.
Rawle & Henderson, LLP
300 Delaware Avenue, Ste. 1015, Wilmington, DE 19801
(302) 778-1200

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
For diversity cases only (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated or Principal Place of Business in Another State | ☐ 5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐ 6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
☐110 Insurance
☐120 Marine
☐130 Miller Act
☐140 Negotiable Instrument
☐150 Recovery of Overpayment & Enforcement of Judgment
☐151 Medicare Act
☐152 Recovery of Defaulted Student Loans (Exc. Veterans)
☐153 Recovery of Overpayment of Veteran's Benefits
☐160 Stockholder's Suits
☐190 Other Contract
☐195 Contract Product Liability

**TORTS**
PERSONAL INJURY
☐310 Airplane
☐315 Airplane Product Liability
☐320 Assault, Libel & Slander
☐330 Federal Employer's Liability
☐340 Marine
☐345 Marine Product Liability
☒350 Motor Vehicle
☐355 Motor Vehicle Product Liability
☐360 Other Personal Injury

PERSONAL INJURY
☐362 Personal Injury--Med Malpractice
☐365 Personal Injury--Product Liability
☐368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐370 Other Fraud
☐371 Truth in Lending
☐380 Other Personal Property Damage
☐385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐610 Agriculture
☐620 Other Food&Drug
☐625 Drug Related Seizure of Property 21, USC 881
☐630 Liquor Laws
☐640 R.R. & Truck
☐650 Airline Regs
☐Occupational Safety/Health

**BANKRUPTCY**
☐422 Appeal 28 USC 158
☐423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐820 Copyrights
☐830 Patent
☐840 Trademark

**OTHER STATUTES**
☐400 State Reapportionment
☐410 Antitrust
☐430 Banks and Banking
☐450 Commerce/ICC Rates/etc.
☐460 Deportation
☐470 Racketeer Influenced and Corrupt Organizations
☐810 Selective Service
☐850 Securities/Commodities/Exchange
☐875 Customer Challenge 12 USC 3410
☐891 Agricultural Acts
☐892 Economic Stabilization Act
☐893 Environmental Matters
☐894 Energy Allocation Act
☐895 Freedom of Information Act
☐900 Appeal of Fee Determination Under Equal Access to Justice
☐950 Constitutionality of State Statutes
☐890 Other Statutory Actions

**LABOR**
☐710 Fair Labor Standards Act
☐720 Labor/Mgmt. Relations
☐730 Labor/Mgmt. Reporting & Disclosure Act
☐740 Railway Labor Act
☐790 Other Labor Litigation
☐791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
☐861 HIA (1395FF)
☐862 Black Lung (923)
☐863 DIWC/DIWW (405(g))
☐864 SSID Title XVI
☐865 RIS (405(g))

**FEDERAL TAX SUITS**
☐870 Taxes (U.S. Plaintiff or Defendant)
☐871 IRS – Third Party 26 USC 7609

**REAL PROPERTY**
☐210 Land Condemnation
☐220 Foreclosure
☐230 Rent Lease & Ejectment
☐240 Torts to Land
☐245 Tort Product Liability
☐290 All Other Real Property

**CIVIL RIGHTS**
☐441 Voting
☐442 Employment
☐443 Housing/Accommodations
☐444 Welfare
☐440 Other Civil Rights

**PRISONER PETITIONS**
☐510 Motions to Vacate Sentence
HABEAS CORPUS:
☐530 General
☐535 Death Penalty
☐540 Mandamus & Other
☐550 Civil Rights

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATURE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. §§ 1332 & 1446 (d). Motor vehicle accident with personal injuries alleged.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ______ DOCKET NUMBER ______

DATE: February 11, 2008 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT $ _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____