IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF THE DELAWARE

JOSEPH KNOPF                               :
                                           :
        v.                                 :     C.A. NO.
                                           :
WILLIAM GONZALEZ, TRANSCO, INC.            :
and McLANE COMPANY, INC.                   :

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendant, McLane Company, Inc., by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1.  Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. *(See Complaint attached as Exhibit "A.")*

2.  The Complaint, being the original process in this case, was served on defendant McLane Company, Inc. on or about January 31, 2008. *(See Notice of Service of Process attached as Exhibit "B")*

3.  Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

4.  In the Complaint, Plaintiff alleged that as a result of the accident at issue in this lawsuit, he:

    "sustained bodily harm and injuries (some or all of which may be permanent), pain and suffering, inconvenience, mental anguish and disability." *See Exhibit A ¶10.*

5.  Further, plaintiff alleged that he "has incurred lost wages, and may in the future incur lost wages. *See Exhibit A ¶11.*

2296893-1

6. Plaintiff's counsel with the filing of the complaint has certified that the amount of plaintiff's damages exceed a $100,000. *See attached Certificate of Value attached as Exhibit "C".*

7. Based upon a fair reading of the Complaint and the Certificate of Value, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

8. Defendant, William Gonzalez at all material times, is and was a resident of the State of New Jersey. *See Exhibit A.*

9. Defendant, McLane Company, Inc. at all material times, was and is a corporation incorporated under the laws of the State of Texas with its principal place of business located in Temple, Texas. *See Exhibit A and Exhibit "D".*

10. Defendant, Transco, Inc. at all material times, was and is a corporation incorporated under the laws of the State of Nevada with its principal place of business located in Temple, Texas. *See Exhibit "E".*

7. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

8. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

    (a) plaintiff is a citizen and resident of the State of Delaware; and

    (b) defendants are not a citizens or residents of the State of Delaware.

9. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

10. As of the date of this removal, service on defendants, William Gonzalez and Transco, Inc. has yet to be effectuated. However, defendants, William Gonzalez and Transco, Inc. are is represented by the firm of Rawle & Henderson, LLP and consent to the Removal of the litigation to United States District Court.

WHEREFORE, defendant, McLane Company, Inc. pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle County, be removed there from to this Honorable Court.

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark (DAC #3337)
Attorneys for Defendant, McLane Company, Inc.
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

2296893-1

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Kevin G. Healy
16 Polly Drummond Hill Road
Newark, NJ 19711

RAWLE & HENDERSON LLP

_____
Delia A. Clark

Dated: February 11, 2008

2296893-1