# EXHIBIT A

EFiled: Jan 16 2008 3:04PM EST
Transaction ID 18091091
Case No. 08C-01-140 JOH

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| JOSEPH KNOPF, ) | |
| ) | C.A. No. |
| Plaintiff, ) | |
| ) | NON-ARBITRATION CASE |
| v. ) | |
| ) | JURY TRIAL OF 12 DEMANDED |
| WILLIAM GONZALEZ, TRANSCO ) | |
| INC., and MCLANE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

1. Plaintiff is a resident of Middletown, Delaware.

2. Defendant William Gonzalez is an individual who resides at 701 West Red Bank Avenue, Apt. A12, Woodbury, NJ 08096. Service of process may be made upon Defendant William Gonzalez, by serving the Delaware Secretary of State pursuant to 10 Del.C. §3112.

3. Defendant Transco Inc. is a Delaware corporation, doing business in the State of Delaware, whose registered agent is National Registered Agents, Inc., located at 160 Greentree Drive, Suite 101, Dover, DE 19904.

4. Defendant McLane Company, Inc. is a foreign corporation, doing business in the State of Delaware, whose registered agent is Corporation Service Company located at 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

## BACKGROUND FACTS

5. On or about October 21, 2007, plaintiff Joseph Knopf was operating a vehicle on westbound Middletown-Odessa Road, in Middletown, Delaware, approaching the on-ramp to northbound Route 1.

6. At the same time, defendant William Gonzalez was operating a vehicle, owned by defendant Transco Inc. and defendant McLane Company, Inc., in the left turn lane on eastbound Middletown-Odessa Road, in Middletown, Delaware, and was preparing to turn left onto the on-ramp to northbound Route 1.

7. As plaintiff proceeded through the intersection, defendant proceeded to make a left turn onto the on-ramp to northbound Route 1, failing to yield the right of way to plaintiff Joseph Knopf's vehicle, causing the vehicle he operated to collide with plaintiff Joseph Knopf's vehicle.

## COUNT I

8. Paragraphs 1 through 7 are incorporated herein by reference as though the same were fully set forth below.

9. The aforesaid collision was proximately caused by the negligent conduct of defendant William Gonzalez in that he:

    (a) operated a vehicle on a public highway in a careless and imprudent manner in violation of 21 Del.C. §4176(a) and in breach of the common law duties owed to plaintiff;

    (b) operated a vehicle on a public highway without due regard for road and traffic conditions then existing in violation of 21 Del.C. §4176(a) and in breach of the common law duties owed to plaintiff;

    (c) operated a motor vehicle on a public highway while failing to give full time and attention to the operation of the vehicle in violation of 21 Del.C. §4176(b) and in breach of the common law duties owed to plaintiff;

(d) operated a motor vehicle on a public highway while failing to maintain a proper lookout in violation of 21 Del.C. §4176(b) and in breach of the common law duties owed to plaintiff;

(e) operated a motor vehicle on a public highway while failing to yield the right of way in violation of 21 Del.C. §4132 and in breach of the common law duties owed to plaintiff; and

(f) was otherwise careless, negligent, reckless and/or willful and wanton as the circumstances will disclose.

10. As a direct and proximate result of the aforesaid collision, plaintiff has sustained bodily harm and injuries (some or all of which may be permanent), pain and suffering, inconvenience, mental anguish and disability.

11. As a direct and proximate result of the aforesaid collision, plaintiff has incurred and may incur in the future medical and other expenses related to the treatment of his injuries.

12. As a direct and proximate result of the aforesaid collision, plaintiff has incurred lost wages, and may incur future wage loss.

13. As a direct and proximate result of the aforesaid collision, plaintiff has incurred damages to his vehicle.

## COUNT II

14. Paragraphs 1 through 13 are incorporated herein by reference as though the same were fully set forth below.

15. At the time of the accident, defendant William Gonzalez was in the course and scope of his employment with defendant Transco Inc. and defendant McLane Company, Inc.

16. The collision described above was caused by the negligent actions of defendant William Gonzalez.

17. Defendant Transco Inc. and defendant McLane Company, Inc. are liable for any and all damages caused by the negligent and/or reckless conduct of defendant William Gonzalez pursuant to the doctrine of respondeat superior.

18. As a direct and proximate result of the aforesaid accident, plaintiff has sustained the damages more fully described above.

WHEREFORE, Plaintiff demands judgment in his favor and against Defendant for compensatory damages, interest, costs and such other and further relief as the Court deems just and proper.

MORRIS JAMES LLP

BY: _____
KEVIN G. HEALY (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Attorneys for Plaintiff

Dated: 1/15/08