IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF THE DELAWARE

JOSEPH KNOPF                            :
                                        :
           v.                           :        C.A. NO.
                                        :
WILLIAM GONZALEZ, TRANSCO, INC.         :
and McLANE COMPANY, INC.                :

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judge and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for McLane Company, Inc. (a private non-governmental party) certifies that defendant, Transco, Inc. is wholly owned subsidiary of McLane Company, Inc. and McLane Company, Inc. has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock: Berkshire Hathaway, Inc.

RAWLE & HENDERSON LLP

By: _____
Delia A. Clark (DAC #3337)
Attorneys for McLane Company, Inc.
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

2296926-1