IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH KNOPF,        )<br>                      )<br>        Plaintiff,    )<br>                      )<br>    v.                )<br>                      )<br>WILLIAM GONZALEZ, TRANSCO   )<br>INC., and MCLANE COMPANY, INC., )<br>                      )<br>        Defendants.   ) | Case No.: 08-0089 UNA<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION OPPOSING REMOVAL TO FEDERAL COURT

Plaintiff, by his undersigned counsel, hereby moves this Court to enter an Order remanding this case to the Delaware Superior Court. In support of this motion plaintiff states as follows:

1. This is an action arising out of a motor vehicle collision which occurred in Delaware on October 21, 2007. Plaintiff is seeking compensation for pain and suffering, medical expenses, wage loss and vehicle damage.

2. On February 12, 2008 defendant McLane Company, Inc. (hereinafter "McLane") filed a Notice of Removal (D.I.-1) with this Court (hereinafter "District Court"). A similar Notice was filed in the Delaware Superior Court on or about February 13, 2008.

3. The basis for removal is diversity of citizenship pursuant to 28 U.S.C. §§ 1332, 1441 & 1446.

4. There is a factual dispute regarding the citizenship of co-defendant Transco, Inc. The Transco, Inc. named by plaintiff in the Complaint is a Delaware corporation. Defendant McLane, in its Notice of Removal (D.I.-1), asserts that Transco, Inc. is a Nevada corporation. McLane further asserts in its Rule 7.1 Disclosure

Statement (D.I.-2) that Transco, Inc. (the Nevada corporation) is a wholly owned subsidiary of McLane. The tractor trailer operated by defendant William Gonzalez is identified in the police report as an Indiana registered vehicle owned by Transco, Inc., with an Indiana address for Transco, Inc. (See Exhibit "A" attached hereto).

5. Defendant McLane has failed to demonstrate which Transco, Inc. entity is the actual owner of the tractor trailer in question. Until it comes forward with such proof, this Court should not disturb the jurisdiction of the Delaware Superior Court.

6. Pursuant to Local Rule 7.1.1 a reasonable effort has been made to reach agreement with counsel for McLane on the matters set forth in this motion. (See Exhibit "B" attached hereto).

WHEREFORE, plaintiff respectfully requests that this Court deny the petition of defendant McLane Company, Inc. to remove this action to District Court.

MORRIS JAMES LLP

/s/ Kevin G. Healy
KEVIN G. HEALY (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Email: khealy@morrisjames.com
Attorneys for Plaintiff

Dated: 2/18/08

# EXHBIT "A"

Case 1:08-cv-00089-GMS    Document 5-2    Filed 02/18/2008    Page 1 of 2

**UNIT 001**

### DRIVER INFORMATION
| Field | Value |
|---|---|
| Driver's Name - Last | GONZALEZ |
| First | WILLIAM |
| Middle | "N/A" |
| Suffix | "N/A" |
| Is All Information Known for this unit Unit? | Yes |
| Date of Birth | 03/19/1949 |
| Age | 58 |
| Gender | Male |
| Phone | (856) 848-3785 Ext. |
| Address | 701 W RED BNK AVE APT A12 |
| City | WOODBURY |
| State | NJ |
| Zip | 08096 |

### DRIVER LICENSE
| Field | Value |
|---|---|
| Driver's License Number | G64597850003497 |
| License State | NJ |
| License Expiration Date | 09/30/2011 |
| License Class | CDL-A |
| Insurance Co. Name | AMERICAN HOME ASSURANCE CO |
| License Endorsements | NONE |
| License Restrictions | NONE |
| Driver Distraction | 00 - None |
| Alcohol/Drugs Suspected | 01 - Neither alcohol nor drugs suspected |
| Insurance Policy # | CA 9799385 |
| Alcohol Test Status | "N/A" |
| Alcohol Type of Test | "N/A" |
| Alcohol Test Results | "N/A" |
| Insurance Expiration Date | 05/30/2008 |
| Drug Test Status | "N/A" |
| Drug Type of Test | "N/A" |
| Drug Test Results | "N/A" |
| Insurance Co. Phone Number | (214) 989-0000 Ext. |

### DRIVER INJURY
| Field | Value |
|---|---|
| Injury Status | 05 - No Injury |
| Description of Injuries | "N/A" |
| Occupant Protection System Use | 04 - Shoulder belt and lap belt used |
| Airbag Deployment | 04 - Not - deployed |
| Airbag Switch Status | 04 - Unknown if switch present |
| Trapped | 01 - Not trapped |
| Ejection | 01 - Not ejected |
| Ejection Path | 01 - Not ejected/not applicable |
| Physician's Name | "N/A" |
| Admission Status | 0 - Not Applicable |
| Source of Transport | 01 - Not Transported |
| Transported to | "N/A" |
| EMS Response Agency ID | "N/A" |
| EMS Response Run Number | "N/A" |

### CITATION INFO
| Field | Value |
|---|---|
| Ticket Number 1 | T090710075 |
| Violation Charge Code 1 | 21/4132 |
| Violation Charge 1 | UNSAFE LEFT TURN |
| Cited | 01 - Yes |
| Ticket Number 2 | "N/A" |
| Violation Charge Code 2 | "N/A" |
| Violation Charge 2 | "N/A" |
| Ticket Number 3 | "N/A" |
| Violation Charge Code 3 | "N/A" |
| Violation Charge 3 | "N/A" |
| Ticket Number 4 | "N/A" |
| Violation Charge Code 4 | "N/A" |
| Violation Charge 4 | "N/A" |

### OWNER INFO
| Field | Value |
|---|---|
| Owner's Name - Last | |
| First | "N/A" |
| Middle | "N/A" |
| Suffix | "N/A" |
| Company Name (if Owner) | TRANSCO INC |
| Address | 1133 NORTHWEST L. STREET |
| City | RICHMOND |
| State | IN |
| Zip | 47374-0000 |

### VEHICLE INFO
| Field | Value |
|---|---|
| Vehicle Year | 2004 |
| Make | International - INTL |
| Model | TRACTOR |
| Style | 14 - Tractor/S |
| Color | White - WHI |
| VIN # | 2NSCEAPR94C029169 |
| License Plate # | P311963 |
| State | IN |
| Year | 2007 |
| Departmental Vehicle Type | "N/A" |
| Departmental Veh Number | "N/A" |
| Speed Limit | 50 |
| Speed Limit Units | 01 - MPH |
| Vehicle Role | 04 - Struck |
| Vehicle Maneuver/Action | 06 - Turning left |
| Direction of Travel Before Crash | 1 - North |
| Direction of Force to Vehicle | 03 - Right side |
| Underride/Override | 01 - No underride or override |
| Point of Impact | 03 - RS |
| Most Damaged Area | 04 - Right rear |
| Extent of Damage | 03 - Disabling damage |
| Approximate Cost Repair | $7,000.00 |
| Total Occupants | 02 |
| Traffic Control Device Type | 02 - Traffic Control Signal |
| Trafficway Description | 04 - Two-Way, Divided, Positive Median Barrier |
| Access Control | 03 - No Access Control |
| Driver Condition | 01 - Apparently normal |
| Contributing Circumstances, Driver (up to two) | 02 - Failed to yield right of way |
| Vehicle Configuration | 07 - Tractor/semi-trailer |
| Cargo Body Type | 04 - Van/enclosed box |
| Vehicle Towed? | Yes |
| Vehicle Towed By | Drake's |
| Vehicle Towed To | Drake's |
| Emergency Vehicle? | No |
| Emergency Use? | No |
| Emergency Vehicle Type | 01 - Not applicable |

### SEQUENCE OF EVENTS
| Field | Value |
|---|---|
| First Event | 18 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport |
| Second Event | "N/A" |
| Third Event | "N/A" |
| Fourth Event | "N/A" |
| Most Harmful Event for this Vehicle | 12 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport |

### CARRIER INFORMATION
| Field | Value |
|---|---|
| Is CMV? | Yes |
| Criteria for Reporting Carrier Information (up to four) | 01 - Any vehicle was towed due to disabling damage, 02 - Any injury occurred requiring immediate treatment |
| Source of Carrier Information | 02 - Side of Vehicle |
| Carrier Name | TRANSCO INC. |
| Carrier Address | 1133 NORTHWEST L. STREET |
| Carrier City | RICHMOND |
| State | IN |
| Zip Code | 47374 |
| Carrier Phone Number | |
| Carrier ID Number | 1062707 |
| Issuing Authority | 01 - US DOT |
| Number of Axles | 6 |
| Gross Vehicle Weight Rating | 03 - More than 26,000 |

# EXHBIT "B"

KGH/113196-0001/1696838/1

## Healy, Kevin

**From:** Healy, Kevin
**Sent:** Saturday, February 16, 2008 5:21 PM
**To:** 'dclark@rawle.com'
**Cc:** Kerr, Bernadette-Jeannine
**Subject:** Knopf v. Gonzalez, et al.

Delia:

Sorry we have missed each other's phone calls. The only issue I have with removal relates to Transco, Inc. our investigation revealed a Delaware corporation named Transco, Inc. Your removal papers refer to Transco, Inc. as a Nevada corporation. Do you know if there is any connection between the two corporations? If there is there could be an issue with removal since there would no longer be diversity. If not, then I would agree that removal is appropriate.

Are you accepting service, or willing to accept service, on behalf of Mr. Gonzalez and Transco, Inc. (the Nevada corporation)?

I look forward to hearing from you.

Kevin

## Healy, Kevin

| | |
|---|---|
| **From:** | Healy, Kevin |
| **Sent:** | Monday, February 18, 2008 10:26 AM |
| **To:** | 'dclark@rawle.com' |
| **Subject:** | Knopf v. Gonzalez, et al. |
| **Importance:** | High |

Delia:

    I was unable to reach you this morning by phone. When I dialed into the corporate names directory it would not transfer the call to you. I am filing an opposition to defendant McLane's petition to remove the case to District Court. The basis for my objection is that McLane has not provided proof of ownership of the tractor trailer in question. While the police report lists Transco, Inc. as the owner, with an Indiana address, there is no documentation of the "citizenship" of the Transco, Inc. that owns the tractor trailer. Is it an Indiana corporation, the Nevada corporation named in McLane's removal papers or is it the Delaware corporation we named in the Complaint.

    Removal is not appropriate until such time as the "citizenship" of the corporation that owns the tractor-trailer is known. I look forward to hearing from you.

Kevin

---

### Morris James LLP

**Kevin G. Healy**
Attorney at Law
khealy@morrisjames.com

16 Polly Drummond Hill Rd. | Newark, DE 19711-5703
T 302.451.1123     F 302.368.6259

www.morrisjames.com

---

This communication may be subject to the attorney-client privilege or the attorney work product privilege or may be otherwise confidential. Any dissemination, copying or use of this communication by or to anyone other than the designated and intended recipient(s) is unauthorized. If you are not the intended recipient, please delete or destroy this communication immediately.

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH KNOPF, ) | |
| ) | Case No.: 1:08-cv-89 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM GONZALEZ, TRANSCO ) | |
| INC., and MCLANE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, TO WIT, this _____ day of _____, 2008, having considered Plaintiff's Motion opposing removal of this matter to This Court,

**IT IS HEREBY ORDERED** that jurisdiction over this matter shall remain with the Superior Court of the State of Delaware, C. A. No. 08C-01-140 (JOH) until such time as defendant McLane Company, Inc. is able to establish diversity of citizenship pursuant to 28 U.S.C. §1332

_____
, J.

## CERTIFICATE OF SERVICE

I, Kevin G. Healy, hereby certify that on this \_\_18th\_\_ day of February, 2008, two true and correct copies of the attached document were served on the following individual(s) via first class mail:

Delia Ann Clark, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19801

MORRIS JAMES LLP

/s/ Kevin G. Healy
KEVIN G. HEALY (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Email: khealy@morrisjames.com
Attorneys for Plaintiff

KGH/113196-0001/1696838/1