IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH KNOPF, ) | |
| ) | Case No.: 08-0089 GMS |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| WILLIAM GONZALEZ, TRANSCO ) | |
| INC., and MCLANE COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' COUNTERCLAIM**

11 [sic].   As to defendants' Ninth separate defense, it is admitted that this Court lacks personal jurisdiction over defendants since diversity of citizenship has not been established.  The averments contained in the remaining separate defenses are denied.

12 [sic].   Admitted.

13 [sic].   It is denied that the tractor trailer was owned by defendant McClane Company.  The balance of the allegations contained in paragraph 13 are admitted.

14 [sic].   Denied.

15 [sic].   Plaintiff is without sufficient information to admit or deny the allegations contained in paragraph 15.  Any damage to the trailer or loss of use of the tractor-trailer was caused by the negligence of defendant William Gonzalez, any negligence on the part of plaintiff is denied.

WHEREFORE, plaintiff respectfully requests that the counterclaim of defendant McClane Company, Inc. be denied and that judgment be entered in plaintiff's favor.

MORRIS JAMES, LLP

/s/ Kevin G. Healy
_____
KEVIN G. HEALY (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Email: khealy@morrisjames.com
Attorneys for Plaintiff

Dated: 2/21/08

## CERTIFICATE OF SERVICE

I, Kevin G. Healy, hereby certify that on this 22nd day of February, 2008, two true and correct copies of the attached document were served on the following individual(s) via first class mail:

Delia Ann Clark, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19801

MORRIS JAMES LLP

/s/ Kevin G. Healy
KEVIN G. HEALY (I.D. #2430)
16 Polly Drummond Hill Road
Newark, Delaware 19711
(302) 368-4200
Email: khealy@morrisjames.com
Attorneys for Plaintiff

KGH/113196-0001/1697049/1