IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF THE DELAWARE

| | |
|---|---|
| JOSEPH KNOPF | : |
| | : |
| v. | : C.A. NO. 08-0089 (UNA) |
| | : |
| WILLIAM GONZALEZ, TRANSCO, INC. | : JURY TRIAL DEMANDED |
| and McLANE COMPANY, INC. | : |

### STIPULATION OF CONSENT TO REMAND CASE WITHOUT COSTS

It is hereby stipulated and agreed that the parties in the above-entitled action agree to the remand of the action to Superior Court of Delaware in and for New Castle County, and to the vacating of the Notice of Removal filed by defendants, without the award of costs, fees or sanctions upon or against any party, law firm, attorney or insurance carrier associated therewith.

MORRIS JAMES LLP

BY: _____
Kevin G. Healy
16 Polly Drummond Hill Road
Newark, NJ  19711

RAWLE & HENDERSON LLP

BY: _____
Delia A. Clark
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Dated: March 6, 2008

2319600-1